**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA         :
                                 :
     -against-                   :     No. 18 Cr. 529 (JFK)
                                 :
CIMMIE WRIGHT,                   :     **ORDER**
                                 :
                    Defendant.   :
------------------------------------X



**JOHN F. KEENAN, United States District Judge:**

By no later than May 26, 2021, the Government shall file a response to Defendant Cimmie Wright's April 12, 2021 motion seeking return of his property, ECF No. 82.

The Court will mail a copy of this Order to Wright today.

**SO ORDERED.**

Dated:  New York, New York
        May 5, 2021

                                       _____
                                       John F. Keenan
                                       United States District Judge