```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------X
UNITED STATES OF AMERICA             :
                                     :
    -against-                        :    No. 18 Cr. 529 (JFK)
                                     :
CIMMIE WRIGHT,                       :         **ORDER**
                                     :
                         Defendant.  :
----------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

  Before the Court is Defendant Cimmie Wright's ("Wright") pro se motion for the return of seized property under Federal Rule of Civil Procedure 41 ("Motion"). (ECF No. 82.) The Government represents that it will "arrange for the return of the defendant's property that is currently in its possession, which includes a ZTE cellphone, an ANS cellphone, and several personal items." (ECF No. 88.) The Government further represents that the other cellphones Wright identifies in his Motion are currently in the possession of local authorities because they were seized incident to Wright's arrest on unrelated state charges. Accordingly, Wright's Motion for the return of seized property is GRANTED as it pertains to the items in the Government's possession and DENIED as it pertains to the cellphones not in the Government's possession. The Clerk of Court is respectfully directed to terminate the motion docketed at No. 18 Cr. 529, ECF No. 82.

**SO ORDERED.**

Dated:  New York, New York
        August 30, 2022

_____
John F. Keenan
United States District Judge